IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV33 |
| | ) | |
| v. | ) | |
| | ) | |
| HENNINGSEN FOODS, Inc., and Q.P. CORPORATION, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Q.P. Corporation's motion to reassert, Filing No. 48, its motion to dismiss for lack of personal jurisdiction, Filing No. 18, brief in support, Filing No. 19, and declaration, Filing No. 20, as to plaintiff's amended complaint, Filing No. 36. The court finds this motion should be granted and, in addition, will consider plaintiff's motion to strike and supporting brief, Filing No. 25 and Filing No. 26, as well as defendant's brief in opposition, Filing No. 31, as these filings relate to the amended complaint.

THEREFORE, IT IS ORDERED THAT defendant's motion to reassert, Filing No. 48, is granted as set forth herein.

DATED this 25th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge