# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV33 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HENNINGSEN FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court after a telephone conference with counsel for the parties on October 16, 2009. A telephone planning conference will be held on **November 30, 2009, at 2:00 p.m.** with the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge