IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV33 |
| | ) | |
| v. | ) | |
| | ) | |
| HENNINGSEN FOODS, INC., and Q.P. CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| DIANE MORBACH, | ) | |
| | ) | 8:09CV170 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HENNINGSEN FOODS, INC., and Q.P. CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before the court is defendants' Motion for Extension of Time to File Brief(s), Approrpiate Motion(s), and Evidence (Schrader Case 8:09cv33 Filing No. 149 and Morbach Case 8:09cv170 Filing No. 96). Defendants requests extensions of time until July 1, 2010, regarding the following filings:

(1) Motion to Strike Portions of Affidavit Testimony of Eugene Andel (Schrader Case 8:09cv33 Filing No. 136 and Morbach Case 8:09cv170 Filing No. 83);

(2) Brief in Support of Motion to Strike Portions of Affidavit Testimony of Eugene Andel (Schrader Case 8:09cv 33 Filing No. 137 and Morbach Case 8:09cv 170 Filing No. 84);

(3) Index of Evidence in Support of Plaintiffs Motion to Strike Portions of Affidavit of Eugene Andel (Schrader Case 8:09cv 33 Filing No. 138 and Morbach Case 8:09cv 170 Filing No. 85);

(4) Motion to Strike Portions of Affidavit Testimony of Patricia C. McCracken (Schrader Case 8:09cv 33 Filing No. 139 and Morbach Case 8:09cv170 Filing No. 86);

(5) Brief in Support of Motion to Strike Portions of Affidavit Testimony of Patricia C. McCracken (Schrader Case 8:09cv 33 Filing No. 140 and Morbach Case 8:09cv170 Filing No. 87);

(6) Index of Evidence in Support of Plaintiffs Motion to Strike Portions of Affidavit of Patricia C. McCracken (Schrader Case 8:09cv 33 Filing No. 141 and Morbach Case 8:09cv 170 Filing No. 88);

(7) Brief of Amy Schrader in Opposition to Defendant Henningsen Foods' Motion to Dismiss Pursuant to Summary Judgment (Schrader Case 8:09cv 33 Filing No. 142 and Morbach Case 8:09cv 170 Filing No. 89);

(8) Index of Evidence in Support of Plaintiff s Opposition to Defendant Henningsen Foods' Summary Judgment Motion (Schrader Case 8:09cv 33 Filing No. 143 and Morbach Case 8:09cv 170 Filing No. 90);

(9) Voter Registration Lists for Butler, Colfax, Platte & Polk Counties regarding Motion for Summary Judgment (Schrader Case 8:09cv 33 Filing No. 144 and Morbach Case 8:09cv 170 Filing No. 91);

(10) Motion to Take Judicial Notice of Voter Registration Lists of Saunders and Seward Counties (Schrader Case 8:09cv 33 Filing No. 145 and Morbach Case 8:09cv170 Filing No. 92); and

(11) Voter Registration Lists for Seward and Saunders Counties regarding Motion for Summary Judgment (Schrader Case 8:09cv 33 Filing No. 146 and Morbach Case 8:09cv 170 Filing No. 93).

After considering the matter, the court grants the defendants' motion.

SO ORDERED.

DATED this 10th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge