# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY SCHRADER,<br><br>        Plaintiff,<br>vs.<br><br>HENNINGSEN FOODS, INC.,<br><br>        Defendant. | Case No. 8:09cv33<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR (1) FURTHER EXTENSION OF TIME TO FILE BRIEF(S), APPROPRIATE MOTION(S), AND EVIDENCE, AND (2) LEAVE TO RESTRICT FILING PURSUANT TO E-GOVERNMENT ACT** |
| ---------- | ---------- |
| DIANE MORBACH,<br><br>        Plaintiff,<br>vs.<br><br>HENNINGSEN FOODS, INC.,<br><br>       Defendant. | Case No. 8:09cv170<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR (1) FURTHER EXTENSION OF TIME TO FILE BRIEF(S), APPROPRIATE MOTION(S), AND EVIDENCE, AND (2) LEAVE TO RESTRICT FILING PURSUANT TO E-GOVERNMENT ACT** |

This matter is before the court on the motion of Defendant Henningsen Foods, Inc. (Case No. 8:09cv33, Filing No. 151, and Case No. 8:09cv170, Filing No. 98) for a further extension of time, from July 1, 2010 until July 12, 2010, to file and serve its brief(s) and any motion(s) and additional evidence, in response and reply to Plaintiff's filings of June 4, 2010 as listed in the motion, and (2) for leave to file a supplemental index of evidence as a filing to which access is restricted to the Court and counsel of record under the E-Government Act.

IT IS HEREBY ORDERED that the motion (Case No. 8:09cv33, Filing No. 151, and Case No. 8:09cv170, Filing No. 98) is granted. Defendant Henningsen Foods, Inc. is therefore granted a further extension of time, from July 1, 2010 until July 12, 2010, to file and serve its brief(s) and any motion(s) and additional evidence, in response and reply to Plaintiff's filings of June 4, 2010 as listed in the motion, and is further granted leave to file in connection therewith a

2

supplemental index of evidence as a filing to which access is restricted to the Court and counsel of record under the E-Government Act.

Dated this 30th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

2