IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY SCHRADER,<br><br>        Plaintiff,<br><br>    v.<br><br>HENNINGSEN FOODS, INC.,<br><br>        Defendant.<br>_____ | 8:09CV33<br><br>ORDER |
| DIANE MORBACH,<br><br>        Plaintiff<br><br>    v.<br><br>HENNINGSEN FOODS, INC.,<br><br>        Defendant. | 8:09CV170<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on August 4, 2010, by Robert T. Cannella, counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before August 20, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled and all pending motions are denied as moot upon the representation that this case is settled.

DATED this 5th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge