# N THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY SCHRADER, | ] | Case No. 8:09cv33 |
| Plaintiff, | ] ] | |
| vs. | ] | **ORDER OF DISMISSAL** |
| | ] | **WITH PREJUDICE** |
| HENNINGSEN FOODS, INC., | ] ] | |
| Defendant. | ] | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 169.

**THEREFORE, IT IS ORDERED:**

This action is hereby dismissed, with prejudice, each party to pay her or its own costs.

Dated this 17th day of August, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge